USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**Porfirio,**

Plaintiffs,

-against-

**JDS Management Corp, et al.,**

Defendant.
---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:26-cv-3649 KMK-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **December 9, 2026 at 10:30 am** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID 2310 527 2044, then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED: White Plains, New York
October 19, 2026

VICTORIA REZNIK
United States Magistrate Judge